**U.S. COURTS**

JUN -5 2018

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

US COURTS
COEUR DALENE, ID

Arthur W. Greydanus
General Delivery
Athol, ID  83801
Cell: (208) 304-8595

— Pro Se

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO  **CV 18-248 N BLW**

| | |
|---|---|
| ARTHUR W. GREYDANUS (GREY), ) | Case No. **CV 18-   -N** |
| ) | |
| Plaintiff, ) | **COMPLAINT** |
| ) | (28 U.S.C. § 1331: federal question) |
| v. ) | |
| ) | ARTHUR GREYDANUS' |
| Sherrie Benway, and John Benway, and/or ) | **CAUSE OF ACTION** |
| with their *Clan*/Gang of *Four* Accomplices, ) | CHARGING DEFENDANTS |
| The North Pacific Union Conference of the ) | WITH AGGRAVATED (320) |
| Seventh-Day Adventists, [of ID Spirit Lake ) | ASSAULT, LIBEL & SLANDER |
| and ID Edgemere Seventh-day Adventist ) | |
| Churches] and, the Bonner County ) | AND PETITION |
| Administration – of the State of Idaho, ) | FOR INJUNCTIVE RELIEF |
| ) | |
| Defendants, ) | |
| ) | DEMAND FOR JURY TRIAL |

1. JURISDICTION

Complaint form (Rev. 7/2014)

**A.** Federal Statute – 36 CFR § 218.14(b) – Judicial proceedings.

**B.** <u>U.S. Constitution</u> – Fifth Amendment & Fourteenth Amendment

**Amendment V.** ...Nor be deprived of life, liberty, or property without due process of law; nor shall private property be taken for public use, without just compensation.

**Amendment XIV. Section 1.** ...nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

C. Title 18, U.S.C., Section 241 –

Conspiracy Against Rights;

D. Title 18, U.S.C., Section 242 –

Deprivation of Rights Under Color of Law;

E. <u>Affidavits/exhibits to be provided in discovery of pertinent events.</u>

2. PLAINTIFF

My name is Arthur William Greydanus, at the present, I am a citizen of the State of Idaho currently at General Delivery / Athol, ID 83801.

3. DEFENDANTS AND CAUSE OF ACTION (noted above – *supra*) –

A. <u>I am suing</u>: John & Sherrie Benway, The North Pacific Union Conference of Seventh-day Adventists, & Bonner County, Idaho.

**B.** I am complaining that from July of 2016 to the present, Defendant and/or Defendants denied me of my Constitutional Rights, and did in fact perpetrate alleged illegal acts against me, my son, & my business.

**C.** (Legal Basis of Claim) I allege that the acts described herein and violations are tabulated below under provisions of the Constitution, federal statutes, and associated—supportive Idaho state laws (*infra*).

**D.** I allege that I suffered considerable personal injury and financial damages as a result of Defendants' actions being described herein.

**F.** I am seeking an **emergency injunction** against the Defendants so named including their accomplices; and the Bonner County Courts, and Prosecutors' Office and the Bonner Co. Sheriff's Department to include a *"Cease and Desist"* order against the Conference(s) of the Seventh-day Adventists who have perpetrated punitive actions.

**G.** I am seeking to have ALL assets *attached-or-frozen* & under Court Supervision of non-government Defendants in this cause (*supra*), except for essential operating cash-flow to "keep their doors open."

**H.** I am seeking an estoppel against Defendants' attorneys' and the Defendants' legal gamesmanship as in the past two years, and Relief commensurate to what Defendants have denied me in my business expectancies *plus interest,* to be modest six-figure USD.

## 4. DECLARATION UNDER PENALTY OF PERJURY

My Affidavit—Declaration, signed and notarized is at the end.

Arthur William Greydanus is Plaintiff PRO SE

# COMPLAINT

COMES NOW, Arthur William Greydanus, *Pro Se* (GREY) and hereby respectfully submits with HIS COMPLAINT AS **PLAINTIFF** in this cause of action in this Court under 36 CFR § 218.14(b) – Judicial proceedings, and attendant.

# CAUSE of ACTION – COMPLAINT —

## STATEMENT OF THE ISSUES

> An **IMMEDIATE–EMERGENCY** <u>Injunction</u> is called for against the Bonner County Punitive Decisions that could happen <u>as early</u> as 5th day of June, 2018 or shortly thereafter that involves alleged restitution under Crime Victims Compensation Program (CVCP) of $25,000 that is contrived and frivolous *errors-and-omissions*.
>
> Plaintiff will motion for a stay with Bonner County, ID while this lawsuit is pending: Bonner Co., Idaho - Case No: **CR-2017-4853** — **NOTICE OF HEARING ON RESTITUTION** – June 5TH, 2018
>
> See **Exhibit "A"** attached hereto…

ARTHUR GREYDANUS' CAUSE OF ACTION AGAINST SHERRIE & JOHN BENWAY, ET AL,
BONNER COUNTY, STATE OF IDAHO, AND SEVENTH DAY ADVENTIST CHURCHES, ET AL.   4 of 16
ID-US-0001-CIVIL RIGHTS ABUSES – CIVIL - TORTS: (320) ASSAULT, LIBEL & SLANDER… FRAUD/CONSPIRACY

Whether CVCP is entitled to Restitution Requested, *after a review of applicable court appearances, and of the formal Sheriff's incident report documents, and by the <u>Bonner County Court</u>;* and, affirmative action to this end by this Court, and for further proceedings in equity and in law.

**Contrary** to Bonner County's *\*cause célèbre* of published, wire-broadcast, and court decisions and filings' claims, the Federal District Court retains jurisdiction to protect Greydanus' Constitutional Rights.

STATEMENT OF THE CASE

The Spirit Lake Seventh-day Adventist (SDA) Church on or about the month of **July of 2016** issued a hand-written defamation (slander and libel) of Plaintiff and his son Joseph Greydanus.[1] This slander and false statements were distributed as was stated to GREY by Benway to all churches in the North Pacific Union SDA Conference. It caused knowing and willful, with malice irreparable injury to the named Plaintiff and son.

Punitive Events by Defendants & the Bonner Co., Idaho Government

— **From the period of April 2017 to February 2018**

P*receding this timeline,* Plaintiffs moved on subject lots (*infra*) after it was agreed with Defendant Sherrie Benway "a verbal rental, lease-purchase or a purchase agreement" in July 2016. ***This was pursuant to a written contract.*** See **Exhibit "B"** attached hereto.

---

[1] Exhibit (pending) of this hand-written document as shown to Plaintiff Arthur Greydanus by Defendant Sherrie Benway <u>was not provided</u>, and would need to be produced in discovery.

**From August 2016 to December 2016,** Plaintiff payed the agreed amount of $400 per month for subject lots, and proceeded to obtain permitting and to start construction of outbuildings (barn, stable and storage) and a residence.

Sherrie Benway: sometime after GREY and son took up residence: Benway showed GREY an alleged *defamation/slander letter* by the Idaho Spirit Lake Seventh-Day Adventist (SDA) Church[1] allegedly distributed to ALL of the churches in the North Pacific Union Conference of SDA Churches, (*supra*).

Benway, knowing GREY had over $20,000 development, purchase payment money, expenses and contingencies in December 2016 - January 2017 did reach an agreement for GREY to **purchase subject lots,** and presumably was preparing contractual and title documents to be signed **but kept putting off:**

*GREY faithfully-and-timely tendered the purchase payments, in cash, to the Defendants Benway, but when he asked for signed receipts, he was refused.*

1. **April 2017** Defendants Benway ask Greys to get loans for lots P-11 & P-12 because they were allegedly informed by their Title Company contract of an August 2017 balloon payment, and claimed to GREY they could not pay it.

2. Not getting any (non-contractual) *lump sum payment* demanded for subject lots, in **June 2017** Defendants Benway asked Plaintiff GREY and his son to move out and vacate the two adjoining lots and their improvements made…

3. When GREY **did not accede** to Plaintiffs Benways' demands, a relative that lived on adjacent lot P-9, Michael Carl Johnson, began noise harassment that was evidently done to cause GREY to vacate the property/improvements.

4. Bonner County Sheriff Deputies were then called by Plaintiff's son, Joseph Greydanus: The enforcement authorities said they could do little, but they did inform the Plaintiff and son they should move out. Deputies allegedly

told Defendants Benway that they could raise the rent to get rid of Plaintiff GREY. Deputies told Plaintiff GREY, *"You are renters; you have no rights!"*

5. **July 11, 2017** – Defendants Benway serve Plaintiff GREY with a 3-day rent default notice by **raising the rent** from $400 to 1500 without prior warning. Five days later they served GREY an expedited eviction notice. — *Plaintiff GREY was **purchasing**, and **not** "renting" subject lots.* — See **Exhibit "C"**.

6. **July 25, 2017** – Bonner County District Court Magistrate Julian, in eviction hearing, grants a continuance until Aug 23, 2017. — *See* **Exhibit "D"**.

7. **July 25, 2017** – *More* physical harassment erupts with Defendants Benways' associate creating considerable dust around lots P-11 and P-12 using a 4WD off-road-vehicle. Reacting to the abuse, Sheriff's Deputy Report was made.

8. **Aug. 1, 2017** – Jimmie Eugene Bailey, a *former renter of Benway* and friend threatens Greydanus and son; he makes even more dust with *his* pickup... Sheriff Dep. Gagnon observes but only talks to Bailey: Report.17-014716.

9. **Aug. 6, 2017** – GREY shows video to Sheriff Deputies in Sandpoint, Idaho of Bailey harassing Plaintiff GREY and his son, and on August 9th, GREY seeks a <u>Restraining Order</u> on Bailey, but denied by Magistrate Harden as the Bonner Co., Idaho Prosecutor's Office had given GREY the wrong form. GREY was given a "protection order" instead of the "restraining order."

10. **Aug.18, 2017** – A 2nd attempt for a restraining order was unsuccessful...

11. **Aug. 23, 2017** – **Magistrate Judge Julian orders GREY and son evicted.** — An unsuccessful appeal, because the Bonner County Clerk's office gave Greydanus a lower court form, and **not** the required district court forms.

   *GREY alleges that Sherrie Benway had friends in Clerk's office doing this.*

12. **Aug. 23, 2017** – Jimmie Bailey (*supra*) comes by lot P-11 on the pretext of delivering mail (alleged later) but starts a fight. GREY & son defending him are then arrested... Arthur suffers a broken arm from being assaulted jointly by Mike Johnson, Jimmie Bailey & Samuel Gatchell on lot P-11 next to the cabin Joseph built. Deputy Trout on subject's transport, says of Greydanus, overheard by his son, *"I don't like them; they're from California!" (infra)*.

13. **Aug 24, 2017** – In a *jail video hearing*, Magistrate Judge Harden yells at GREY, then sets bail at $100,000, Bonner Co. Case No. CR-2017-4853. The Public defender says, "GREY *'does not even have a traffic ticket in Idaho.'*"

14. On or about Sept. 5th, 2017, Judge Buchanan reduces GREY's bail to $50,000 and then on Sept 17, 2017 further reduces his bail to $20,000.

    *Both Arthur Greydanus and his son were incarcerated due to Aug. 23rd assault of them on their property, and Benway and associates were not.*

15. **Sept. 26, 2017** – Bail amount was paid; Arthur Greydanus was released the next day (27th). Then his son Joseph was released on his Own Recognizance.

16. In September **while Arthur was detained** in the Bonner County Detention facility, Sherrie Benway allegedly *removed* $4,000 of GREY's silver bullion from inside *his* trailer, and allegedly stole over $1,000 in other personal and property items from GREY's travel trailer moving it to front of her property. Defendant Benway admitted in court taking (stealing) GREY's property...

17. Bonner County Sheriff Deputies Gagnon and Trout refused to even call the Defendants Benways about this, and take the steps to recover their property.

**18. Nov. 17, 2017** – Sherrie Benway confessed (*supra*) she took GREY's silver and other valuable effects and personal possessions before Magistrate Judge McGee, Bonner County case CV-2017-1545. Court transcripts were made:

There was then in Court a $5,000 judgement granted to Arthur Greydanus against Sherrie Benway. Magistrate McGee asked Benway after scolding her behavior, *"Did you take the silver?"* — Sherrie Benway, *"Yes I did!"*

**19. Jan. 30, 2018** – Arthur Greydanus and son Joseph Greydanus each accept separate misdemeanor pleas though each felt **they** were the aggrieved party.

**20. Feb. 27, 2018** – Bonner Co. case CV 2017-1936 Joseph Greydanus' small claims partially granted by Magistrate Justin W. Julian (property seized).

**21. Feb. 28, 2018** – Arthur Greydanus asks Lt. Riffel of Bonner Co. Sheriff's Department to arrest Sherrie Benway for grand theft of his - son's property, but instead Lt. Riffel arrests Arthur's son Joseph for a contested California warrant that was previously said by the Dep. Sheriffs to be non-extraditable.

**22. May 14, 2018** – <u>GREY's FINAL ATTEMPT FOR JUSTICE & EQUITY</u>: GREY appears before Bonner County Board of Commissioners in a public forum: GREY presents his complaints to the board, and asks for restitution. GREY is referred to Bonner County Attorney and the Risk Management Department where he was told he had to make an adverse claim, meaning file a lawsuit.

GREY's Bonner County public defender, Serra Woods in Arthur's observation did what was minimally required, i.e. – "going through the motions" and in his opinion did not adequately, and has not aggressively represented his Constitutional rights.

*Inadequate representation by an attorney?* Calls have not been returned, GREY has been forced to make many trips to see multi-county legal advisor in Sandpoint.

## TABLE OF AUTHORITIES — Cases (Reserved)

1. Reference – <u>Black's Law Dictionary</u>

2. 36 CFR § 218.14(b)

3. Title 18, U.S.C., Section 241

4. Title 18, U.S.C., Section 242

5. Title 42, U.S.C. Section 14141

6. Reserved ...

## STATEMENT OF FACTS

Plaintiff GREY, hereby adopts and reiterates the <u>Statement of the Facts</u> as Punitive Events by Defendants & the Bonner Co., Idaho Government.

1. **GREY**, is facing an *unwarranted* $25,000 Restitution to one of the Assailants, Jimmie Bailey who attacked GREY on *his* real property while GREY was preparing dinner. Baily, a convicted sex offender was then helped by a gang or clan (including Sherrie Benway) who collectively beat up on GREY while Bailey held him on the ground.

   — HOME INVASION BY A GANG OF FIVE INCLUDING BENWAY —

2. GREY's son Joseph, in order to save his father from further injury, who was being beaten by Michael Johnson and by Samuel Gatchell with boards while Jimmie Bailey held him down, then grabbed his father GREY's handgun (personal and home-invasion protection) and fired it into the air two times. — *Obviously in self-defense.*

3. Jimmie Bailey jumped up, yelled, *"Shoot me, shoot me!"* but when he saw deputies drive up, fell to the ground, and "played possum."

4. When the Sheriff Deputies showed up, they told GREY and his son, "Hands in the air," and handcuffed both of them. – Their assailants (*supra*) simply *"innocently stood by"* <u>without being handcuffed</u>.

5. Benway and her gang were allowed to make their assertions. The arresting officer, after handcuffing GREY, exclaimed to another officer, *"I don't like these people from California!"* He then asked, Arthur Greydanus, *"Where did this take place?"* Arthur said, *"By the goat-milking stand on my property."* (This was on GREY's property next to his cabin and while he was preparing dinner.)

6. A Sheriff's Deputy **then** read GREY his *Maranda Rights,* and **then** turned off the propane stove: *Arthur and son's meal was cooking.*

7. Arthur was taken to the Bonner County Detention Center bloodied up, having a broken arm from being beaten by a board by Michael Johnson while Jimmie Bailey held GREY immobile on the ground.

8. After GREY was processed into the jail, the jail medic looked at his arm and exclaimed, *"His arm is broken!"* – Arthur Greydanus was then transported to Bonner General Hospital for his injuries.

9. It was observed that GREY needed to have a wheelchair to be taken from the Deputy's vehicle to the hospital emergency room. GREY was bleeding profusely from a puncture wound in his arm from a nail in the boards he was beaten with by Gatchell and Johnson.

10. Conversely much, much later Bailey who was observed by neighbors breaking the "stay away" order, was successful in his *"playing possum" theatrics* when the Sheriff Deputies showed up, and was given "royal treatment" (contrary to GREY) with all the *prompt medical attention* which resulted in many <u>huge expenses</u>. — See **Exhibit "A"** (*supra*, page 4).

11. **After** County Board of Commissioners' public forum, the Assistant District Attorney, Scott Bauer told GREY that he needed to a **Tort Claim Demand** *for resolution* of Bonner County's poor disposition of GREY's overall grievances, and restitution issues. — See **Exhibit "F"** for Bonner County Sheriff Deputy Reports allegedly bias that prejudice Plaintiff Greydanus.

12. On or about **July 14th, 2017**, when discovering Defendants Benways' propensity to dispossess Plaintiff GREY of his property and improvements thereon, representing a year's labor, materials, and ancillary issues as building permits and EnergyStar consulting, GREY tabulated and filed a **"Labor/Construction Lien"** in the amount of **$41,000**. — See **Exhibit "E"**.

13. *Plaintiffs had both the motive and opportunity to dispossess the Defendant.*

## ARGUMENT:

Defendant Greydanus has been grossly injured by the Defendants both individually and collectively. There is no remedy forthcoming outside of the Federal District Court to make restitution for GREY's injuries.

I.  GREY prays the Court to protect his rights in the proceedings.

II. Also, Defendants need to <u>make restitution</u> for all the financial-and-other damages *they have caused GREY and son for over two years.*

### III. <u>DEFENDANTS ARE NOT ENTITLED</u> TO PROCEED WITH ANY **FURTHER PUNITIVE ACTIONS** AGAINST PLAINTIFF GREY.

### IV. THE VALIDITY OF PLAINTIFF GREY'S CLAIMS SHOULD <u>NOT</u> BE AT ISSUE HERE, BUT BEFORE THE FEDERAL DISTRICT COURT.

### V. DEFENDANTS BENWAY'S COHORT/ASSOCIATE JIMMIE BAILEY MADE REPEATED THREATS THROUGHOUT; PLAINTIFF GREY IS FEARFUL OF HIS LIFE AND LIMB AS BAILEY AS ALREADY DONE CONSIDERABLE PHYSICAL, EMOTIONAL AND FINANCIAL HARM TO GREY, AND BAILEY WITH BENWAYS HAS BEEN "EXCUSED."

# LAW

### I. **CONSPIRACY (& COLLUSION) AGAINST RIGHTS** (*ibid.*)

***Res ipsa loquitur:*** Plaintiff GREY's civil and Constitutional rights as protected by law have been abridged, and by the authorities — (see i.e. – Title 42, U.S.C. Section 14141 – "Pattern and Practice"

- A. GREY alleges Bonner County, Idaho Sheriff's Deputies did conspire with Sherrie Benway to oppress, threaten and intimidate GREY.
- B. The Defendants constrained GREY from lawful protection from Jimmie Bailey, Michael Johnson, Samuel Gatchell, and Jordan Jarreau (sic?).
- C. In August of 2016, Plaintiff GREY believes that after the Spirit Lake SDA defamation letter, Defendants Benway plotted—conspired as to GREY's vulnerability as allegedly being *"no account"* and this event gave license for Benways to consider taking advantage of Plaintiff GREY and son.

"This statute makes it unlawful for two or more persons to conspire to injure, oppress, threaten, or intimidate any person of any state, territory or district in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or the laws of the United States, (or because of his/her having exercised the same)." — *Title 42, U.S.C. Section 14141*, and

"It further makes it unlawful for two or more persons to go in disguise on the highway or on the premises of another with the intent to prevent or hinder his/her free exercise or enjoyment of any rights so secured." — [Benway, et al. had been repeatedly trespassing on GREY's property.]

*Title 18, U.S.C., Section 241 – Conspiracy Against Rights (supra)*

## II. DEPRIVATION of RIGHTS UNDER COLOR of LAW

***Res ipsa loquitur:*** Plaintiff Grey's civil & Constitutional rights abridged:

"This statute makes it a crime for any person acting under color of law, statute, ordinance, regulation, or custom to <u>willfully deprive</u> or cause to be deprived from any person those rights, privileges, or immunities secured or protected by the Constitution and laws of the U.S."

"Acts under "color of any law" include acts not only done by federal, state, or local officials within the bounds or limits of their lawful authority, but also acts done without and beyond the bounds of their lawful authority; provided that, in order for unlawful acts of any official to be done under "color of any law," <u>the unlawful acts must be done while such official is purporting or pretending to act in the performance of his/her official duties. This definition includes, in addition to law enforcement officials,</u> individuals such as Mayors, Council persons, Judges, Nursing Home Proprietors, Security Guards, etc., <u>persons who are bound by laws, statutes ordinances, or customs.</u>"

*Title 18, U.S.C., Section 242 – Deprivation of Rights Under Color of Law*

## III. BACKGROUND

See Statement of the Case, Statement of the Facts, & Argument (*supra*)

## CONCLUSION – (Relief sought)

For the foregoing reasons, Plaintiff Arthur Greydanus respectfully requests:

**(1).** That Defendant Bonner County's unsubstantiated assertions, whereby Defendants Benway were illicitly seeking (and obtained by theft) Grey's personal property be resolved (*supra,* page 3, H.):

> Relief commensurate to what Defendants have denied me in my business expectancies *plus interest,* to be modest six-figure USD.

**(2).** That the Pacific Union Conference and its churches make apology to Plaintiff GREY in writing for the false statements made publicly thus defaming said Plaintiff.

**(3).** Relief from Restitution Claims of Bonner County, Idaho and associated on behalf of Jimmy E. Bailey (amount demanded $25,000) to be adjudicated in hearing on June 5, 2018 with District Judge Buchannan at 12:30 PM Pacific Time.

Respectfully submitted this _ 5TH _ day of JUNE, 2018.

/s/ Arthur W. Greydanus – Attorney PRO SE

[ GREY FILE: ADG-06.04.18 - (01-2018 ID.FED.DC) - TORT ]

## AFFIDAVIT of ARTHUR GREYDANUS

State of Idaho )
) SS
County of Kootenai )

Before me, Lori A. Yarbrough, a Notary Public in and for said county, State of Idaho, on this day personally appeared Arthur W. Greydanus w/m, General Delivery, Athol, ID 83801, and with a postal mailing address of "General Delivery, Athol, ID – U.S.A. 83801"

Who, after being by me duly sworn (affirmed), on oath deposes and says:

I, ARTHUR WILLIAM. GREYDANUS, ( hereinafter as GREY ) being of lawful age and first duly sworn upon GREY's oath and affirmation deposeth and sayeth as follows, the truth...: All of the forgoing statements contained herein are true and correct to the best of my knowledge and recollection.

Affiant GREY further saith naught,

## VERIFICATION

STATE OF IDAHO )
) ss:
County of Kootenai )

Arthur W. Greydanus, individually and for himself (Pro Se), being first duly sworn upon oath, [affirmed], under penalty (or penalties) of perjury, deposes and states:

That he (Arthur Greydanus) has read and attests to the foregoing, and that the facts and matters contained herein are true, accurate and complete to the best of his knowledge and belief. —

/s/ _Arthur W Greydanus_
Arthur ~~Daniel~~ Greydanus
William

Subscribed and sworn (affirmed) to before me this 4th Day of June, 2018.

/s/ _Lori A Yarbrough_
Printed Name: Lori A. Yarbrough

(Seal)

Notary Public for the State of Idaho
Residing at Athol, Idaho 83801
My Commission Expires: 10-02-2020

ARTHUR GREYDANUS' CAUSE OF ACTION AGAINST SHERRIE & JOHN BENWAY, ET AL, BONNER COUNTY, STATE OF IDAHO, AND SEVENTH DAY ADVENTIST CHURCHES, ET AL. 16 of 16
ID-US-0001-CIVIL RIGHTS ABUSES – CIVIL - TORTS: (320) ASSAULT, LIBEL & SLANDER... FRAUD/CONSPIRACY

# ADDRESSES OF DEFENDANTS for PROCESS SERVICE

North Pacific Union Conference of Seventh-day Adventists
509 N. 20th Street
Ridgefield, WA USA 98642
Phone: (360) 857-7000
Fax:    360-857-7001
Web: http://www.npuc.org/about

JaLaire Bitton, Legal Assistant to Shane L. Greenback
Office of the Prosecuting Attorney, Bonner County
Shane L. Greenbank, Chief Deputy Prosecuting Attorney
127 S. First Avenue
Sandpoint, Idaho 83864-1300
Phone: (208) 263-6714
Fax:    208-263-6726
Email: sgreenbank@bonnercountyid.gov
Email: jalaire.bitton@bonnercountyid.gov

Lawrence G. Wasden, Idaho Attorney General
State of Idaho
Office of the Attorney General
700 W. Jefferson Street, Suite 210
P.O. Box 83720
Boise, Idaho 83720-0010
Phone: (208) 334-2400
Fax:    208-854-8701
Web: http://www.ag.idaho.gov

John and Sherrie Benway
6470 Kelso Lake Road
( 38 Boomtown Drive )
Athol, Idaho 83801
Phone: (208) 290-6367 Sherrie
Phone: (208) 660-2602 John